PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised  
Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

v.   Docket # 8:02CR67-1

**LAWRENCE M. BLACKBIRD**

On September 30, 2002, Lawrence M. Blackbird was sentenced to 15 months custody, to be followed by three years supervised release. The period of supervised release commenced April 7, 2003. Mr. Blackbird has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Lawrence M. Blackbird be discharged from supervision.

Respectfully submitted,

Raul Avalos, Jr.  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 4th day of May, 2005.

The Honorable Laurie Smith Camp  
United States District Judge